LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
District of the Northern
    Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP  96950

Tel:  (670) 236-2980
Fax: (670) 236-2985

F I L E D
Clerk
District Court

APR 1 9 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> SHENG, LIN ) <br><br> Defendant. ) | Case No.: CR 07 – 00004 <br><br> **COMPLAINT** <br><br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) <br> Distribution of a Controlled Substance <br> (Count 1) |

On information and belief, as stated in the supporting Affidavit, the undersigned alleges that:

## COUNT 1
### (Distribution of a Controlled Substance)

On or about April 13, 2007, within the District of the Northern Mariana Islands, Defendant SHENG LIN knowingly and intentionally distributed a controlled substance, that is, approximately 3 grams of methamphetamine in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

_____
CRAIG N. MOORE
Assistant U.S. Attorney