# United States District Court

### DISTRICT OF THE NORTHERN MARIANA ISLANDS

COPY of Original Filed on this date
APR 1 9 2007
Clerk
District Court
For The Northern Mariana Islands

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHENG, LIN

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-00004

FILED
Clerk
District Court
APR 1 9 2007
For The Northern Mariana Islands

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SHENG, LIN** and bring him forthwith to _____
    By: (Deputy Clerk)

the nearest magistrate to answer a _X_ Complaint ___ Indictment ___ Information ___ Order

of Court ___ Violation Notice ___ Probation Violation Petition charging him with:

Distribution of a Controlled Substance

in violation of **21 U.S.C. §§ 841(a) and 841(b)(1)(C).**

| ALEX R. MUNSON | UNITED STATES DISTRICT COURT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | April 18, 2007    SAIPAN, CNMI |
| Signature of Issuing Officer | Date    Location |

Bail fixed at $ NO BAIL    by    *[signature]* **ALEX R. MUNSON**
    Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 4/19/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/19/07 | Elias Q. Saralu, Police Detective | *[signature]* |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY**

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                          WEIGHT:

SEX:                                             RACE:

HAIR:                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: