# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************

CR-07-00004                                                    April 19, 2007
                                                               1:40 p.m.

**UNITED STATES OF AMERICA -v- SHENG, LIN**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           MICHELLE C. MACARANAS, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           SHENG, LIN, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE

Defendant SHENG appeared without counsel. Government was represented by Craig Moore, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

Perry Lo was present as interpreter.

Defendant was advised of the charges against him in the complaint and his constitutional rights. Based on the defendant's financial affidavit filed with the Court and the defendant's testimony, the Court determined that the defendant is indigent and ordered the clerk to appoint the defendant a CJA Counsel. Court set Preliminary Examination Hearing for **Thursday, April 26, 2007 at 9:00 a.m**.

Government moved that the defendant be held without bail pending appointment of counsel. Court granted the motion without prejudice. The Court remanded the defendant back into the custody of the United States Marshal.

                                                Adj. 1:50 p.m.

                                                /s/ Michelle C. Macaranas, Court Deputy