# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-07-00004                                                April 26, 2007
                                                           9:10 a.m.

**U.S.A. -v- SHENG, LIN**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           STEVEN PIXLEY, ATTORNEY FOR DEFENDANT
           LIN, SHENG, DEFENDANT

PROCEEDINGS: PRELIMINARY EXAMINATION

Defendant **LIN, Sheng** appeared with court-appointed counsel, Attorney Steven Pixley. Government was represented by Craig Moore, AUSA. Also present was U.S. Probation Officer Margarita Wonenberg and DEA Officer, Deborah Muusers.

Perry Lo was present as interpreter/translator of the Mandarin language.

Government stated that they were ready to proceed with the Preliminary Examination to establish probable cause.

Government called witness:

**ELIAS SARALU**. (DPS Investigator). CX. DX. Witness was excused.

Government rested.

Defense stated that they would not be putting on any witnesses for examination.

Government stated that other than the name of the defendant being Lin, Sheng instead of Sheng, Lin; the Government argued probable cause to hold this defendant and to bring this case before the Grand Jury.

Court ruled that there was probable cause to believe that this defendant did commit the offense and this matter would be brought before the Grand Jury on May 4, 2007.

      Government moved that the defendant be held in detention and without bail.  Defense reserved the right to file a motion at a later time.  Court granted the Government's motion.

      The defendant was remanded into the custody of the U.S. Marshal.

                                      Adj. 9:30 a.m.

                                      /s/K. Lynn Lemieux, Court Deputy

Case 1:07-cr-00004     Document 6     Filed 04/26/2007     Page 2 of 2