F I L E D
Clerk
District Court

JUN 1 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  CRAIG N. MOORE
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:  (670) 236-2980
   Fax:        (670) 236-2985
6
   Attorneys for United States of America
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 07-00004
                                    )
11              Plaintiff,          )
                                    )   **MOTION AND ORDER**
12      v.                          )   **TO DISMISS COMPLAINT**
                                    )
13 LIN, SHENG,                      )
                                    )
14              Defendant.          )
   _____)
15
16      The United States respectfully moves for an order dismissing the Complaint in this case as to this
17 defendant.

18                                      Respectfully Submitted,

19                                      LEONARDO M. RAPADAS
                                        United States Attorney
20                                      District of the Northern Mariana Islands

21
22 DATED: 6/13/07
23                              By:     _____
                                        CRAIG N. MOORE
24                                      Assistant U.S. Attorney

25