F I L E D
Clerk
District Court

JUN 1 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIN, SHENG, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 07-00004 <br><br> **ORDER DISMISSING COMPLAINT** |

Upon consideration of the motion by the government to dismiss the Complaint aginst Defendant in this matter, it is hereby

ORDERED that the motion should be and hereby is granted and it is further

ORDERED that the Complaint should be and hereby is DISMISSED.

_____
ALEX R. MUNSON
United States District Judge

SO ORDERED, this 18TH day of June, 2007.

RECEIVED

JUN 1 4 2007

Clerk
District Court
The Northern Mariana Islands